# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-5413** | **September Term, 2012** |
| | 1:12-cv-00612-BAH |
| | **Filed On: May 6, 2013** [1434467] |

Investment Company Institute and
Chamber of Commerce of the United
States of America,

       Appellants

   v.

Commodity Futures Trading Commission,

       Appellee

  **BEFORE:**   Chief Judge Garland, Circuit Judge Brown, and Senior Circuit Judge Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 6, 2013 at 9:48 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Eugene Scalia, counsel for Appellants.

  Jonathan L. Marcus (DOJ), counsel for Appellee.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:   /s/
                           Shana E. Thurman
                           Deputy Clerk